UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND J. CAREY,

    Plaintiff,

v.

    Case No. 11-10818

    Hon. John Corbett O'Meara

FOLEY & LARDNER, LLP,

    Defendant.
_____/

## JUDGMENT

Pursuant to the court's September 4, 2013 opinion and order, IT IS HEREBY ORDERED that judgment is entered in favor of Defendant.

Date: September 4, 2013

    DAVID WEAVER
    Clerk, U.S. District Court

    By: s/William Barkholz
    Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge