**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100 Fax 313-567-4362
hansonreporting.com

**Invoice**

Job #: 120228DER
Job Date: 02/28/2012
Order Date: 02/28/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 386066
Inv. Date: 03/09/2012
Balance: $0.00

**Bill To:**
Charles C. Dewitt, Jr., Esquire
Littler Mendelson, PLC
200 Renaissance Center
Suite 3110
Detroit, MI 48243

Action: Carey, Raymond J.
vs
Foley & Lardner, LLP
Action #: 11-10818
Rep: DER
Cert: 0087

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Raymond Carey | (Original) & 1 Mini Copy of Transcript | Pages | 327 | $3.25 | $0.00 | $1,062.75 |
| 2 | | Etrans in .ptx | Service | 1.00 | $10.00 | $0.00 | $10.00 |
| 3 | | Attendance- | Hour | 7.50 | $25.00 | $0.00 | $187.50 |
| 4 | | Attendance after 5:00pm | Hour | 0.50 | $40.00 | $0.00 | $20.00 |
| 5 | | Exhibits via Email | Copies | 188.00 | $0.40 | $0.00 | $75.20 |
| 6 | | Down Town Delivery *Complimentary* | Labor | 1.00 | $0.00 | $0.00 | $0.00 |

**Comments:**
ORIGINAL TRANSCRIPT RETAINED BY HANSON REPORTING PER REQUEST

Thank You. Visa/MasterCard/American Express/Discover Accepted

| | |
|---|---|
| Sub Total | $1,355.45 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,355.45 |
| Payment | $1,355.45 |
| Balance Due | $0.00 |

Federal Tax I.D.: 38-2436945
Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Charles C. Dewitt, Jr., Esquire
Littler Mendelson, PLC
200 Renaissance Center
Suite 3110
Detroit, MI 48243

**Deliver To:**
Charles C. Dewitt, Jr., Esquire
Littler Mendelson, PLC
200 Renaissance Center
Suite 3110
Detroit, MI 48243

**Invoice**

**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100 Fax 313-567-4362
hansonreporting.com

Invoice #: 386066
Inv. Date: 03/09/2012
Balance: $0.00
Job #: 120228DER
Job Date: 02/28/2012
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Charles DeWitt
Littler, Mendelson
200 Renaissance Center
Suite 3110
Detroit, MI 48243-

| | |
|---|---|
| INVOICE NO. | A605A7F AB |
| FIRM NO. | 1224597 |
| INVOICE DATE | 12/21/2012 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Kelly Ryan, kryan@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Gasiorek, Morgan & Greco, PC |
| Taking Attorney: | Sam Morgan |
| Case Name: | Raymond Carey vs. Foley & Lardner |
| Case No.: | 5:11-cv-10818-JCO-MJH |
| Description: | Electronic transcripts of the depositions of: Stanley Jaspan and 30(b)(6) Stanly Jaspan taken 12/4/2012 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 384.00 | $ 2.50 | $ 960.00 |
| Exhibit Copies (pages) | 836.00 | $ .40 | $ 334.40 |
| Processing & Handling Fee - Copy | 1.00 | $ 30.00 | $ 30.00 |
| PAYMENT | | | - $ 1,324.40 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A605A7F AB |
| FIRM NO. | 1224597 |

From: Charles DeWitt
Littler, Mendelson
200 Renaissance Center
Suite 3110
Detroit, MI 48243-

For: Electronic transcripts of the depositions of:
Stanley Jaspan and 30(b)(6) Stanly Jaspan
taken 12/4/2012

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.